IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Inventergy LBS, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Jio Inc.,**<br><br>    Defendant. | Case No. 1:19-cv-02422<br><br>Patent Case<br><br>Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement Agreement, Plaintiff Inventergy LBS, LLC ("Inventergy") and Defendant Jio, Inc. ("Jio") stipulate to dismiss all claims by Inventergy against Jio and all counterclaims by Jio against Inventergy made therein with prejudice to the re-filing the same.

Inventergy and Jio further stipulate that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

Dated: July 15, 2019     Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff
Inventergy LBS, LLC**

1

/s/ Douglas L. Sawyer
Douglas L. Sawyer
Mark T. Smith
**PERKINS COIE LLP**
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
T: (312) 324-8400
F: (312) 324-9400
DSawyer@perkinscoie.com
MarkSmith@perkinscoie.com

**Counsel for Defendant Jio Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 15, 2019, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE